UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CARMEN ROMAN

                         Plaintiff,

                                                        **AFFIDAVIT OF SERVICE**

    -against-

THE CITY OF NEW YORK                                  Case No: 07-Civ-10985

                         Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK
                        SS.:
COUNTY OF NEW YORK

       ERNESTO FUSTER, being duly sworn deposes and says, that deponent is not a party to this action, is over eighteen (18) years of age resides in Bronx, New York

       That on December 10, 2007 at approximately 12:43 p.m. At 100 Church, New York, New York deponent served the Complaint, FLSA Collective Action, on the City of New York, defendant therein named, by delivering a true copy thereof to said TAMEIKA MENDES-GAMMON; deponent knew the person to be described as said defendant, therein.

       After serving said complaint, Ms. Mendes-Gammon did stamp a copy of same with the date and time of receipt as attached hereto.

Deponent describes the individual served as follows:

| | | | | | |
|---|---|---|---|---|---|
| Male | White Skin | Black Hair | 14-20 yrs. | Under 5' | Under 100 lbs. |
| X Female | X Black Skin | Brown Hair | X 21-35 yrs. | 5'0"-5'3" | 100-130 lbs. |
| | Yellow Skin | Blond Hair | 36-50 yrs. | X 5'4"-5'8" | X 131-160 lbs. |
| | Brown | Gray Hair | 51-65 yrs. | 5'9"-6' | 161-200 lbs. |
| | Red Skin | X Red Hair | Over 65 yrs. | Over 6' | Over 200 lbs. |
| | | White Hair | | | |

                                                                              ERNESTO FUSTER
                                                                              *License No.: 1223579*

Sworn to before me this 10th day
of December, 2007.

NOTARY PUBLIC

          SOLEDAD RUBERT
   Commissioner of Deeds City of N.Y.
          No. 02RU4863490
     Qualified in Bronx County
   Commission Expires 6/2/2010