# United States District Court

UNITED STATES DISTRICT COURT SOUTHERN ——— DISTRICT OF ——— NEW YORK

CARMEN ROMAN,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

THE CITY OF NEW YORK

## '07 CIV 10985

TO: (Name and address of defendant)

THE CITY OF NEW YORK
33 Beaver Street, 23rd Floor
New York, New York 10004

## BATTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert David Goodstein, Esq.
56 Harrison Street, Suite 401
New Rochelle, New York 10801

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK      **CLERK**

DEC - 4 2007

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE   FEB /07/08 |
| NAME OF SERVER (PRINT)   ERNESTO  FUSTER | TITLE   PROCESS SERVER - 1223579 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:   33  BEAVER ST  23ʰᵈ FLOOR
                                                                NEW YORK  N.Y.  10004

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age
   and discretion then residing therein.
   Name of person with whom the summons and complaint were left:   LARISA  KUA/MOV
                                                                    LEGAL SECRETARIAL ASSIST.

☐ Returned unexecuted: _____
   _____
   _____

☐ Other (specify): _____
   _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  — | SERVICES   $40.00 | TOTAL  $40.00 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Feb /8/08                    _____
              Date                         Signature of Server

                                           150 BROADWAY . N.Y. N.Y. 10038
                                           Address of Server

NYC Department of Probation
33 Beaver Street
New York, NY 10004

NAME : ERNESTO FUSTER
FLOOR: 21ST
DATE: 02/07/2008

[1]   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.