



3/19/2008

| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | ROBYN SILVERMINTZ<br>phone: 212-442-0144<br>fax: 212-788-8877<br>mobile:<br>email: rsilverm@law.nyc.gov |
|---|---|---|

March 14, 2008

VIA FIRST CLASS MAIL
Honorable Deborah A. Batts
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   Carmen Roman v. The City of New York,
           07 CIV 10985

Dear Judge Batts:

      I am an Assistant Corporation Counsel in the Labor and Employment Law Division of the New York City Law Department and the attorney assigned to the defense of the City of New York in this action. I am writing to respectfully request an extension until April 14, 2008 within which the City may respond to the complaint. Plaintiff's counsel consents to this request. This is the City's first request for an extension of time to respond to the complaint.

      The reason for this request is because the City needs additional time to investigate the allegations in the complaint before answering or otherwise responding. To date, this office is still awaiting documents and other information relating to plaintiff's allegations that are

*HAND ENDORSED*
/DAB/
GRANTED
03/18/08

SO ORDERED
*Deborah A. Batts*
------------------
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

necessary before preparing a proper response to the complaint.

Thank you for your consideration in this regard.

Respectfully submitted,

*Robyn Silvermintz*

Robyn Silvermintz
Assistant Corporation Counsel
rsilverm@law.nyc.gov

cc:   VIA FIRST-CLASS MAIL
      Robert David Goodstein, Esq.
      56 Harrison Street, Suite 401
      New Rochelle, New York 10801