

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 23, 2008

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

ROBYN SILVERMINTZ
phone: 212-442-0144
fax: 212-788-8877
mobile:
email: rsilverm@law.nyc.gov

April 21, 2008

VIA HAND DELIVERY
Honorable Deborah A. Batts
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

RECEIVED
APR 22 2008
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

    Re: Carmen Roman v. The City of New York,
        07 CV 10985 (DAB)

Dear Judge Batts:

MEMO ENDORSED

    I am an Assistant Corporation Counsel in the Labor and Employment Law Division of the New York City Law Department and the attorney assigned to the defense of defendant City of New York ("the City") in this action. This letter is written to respectfully /DAB/ request an extension of time, from April 23, 2008 until May 14, 2008, within which the City may GRANTED respond to the amended complaint filed in this action. Plaintiff consents to the request. This is the City's first request for an extension of time to respond to the amended complaint. Apr. 22, 2008

The reason for this request is that the City needs additional time to retrieve and review documents and other information regarding the allegations in the amended complaint before

MEMO ENDORSED



SO ORDERED
Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

preparing an appropriate response.

    Thank you for your consideration in this regard.

    Respectfully submitted,

*Robyn Silvermintz*

Robyn Silvermintz
Assistant Corporation Counsel
rsilverm@law.nyc.gov

cc:   VIA FACSIMILE
Robert David Goodstein, Esq.
56 Harrison Street, Suite 401
New Rochelle, New York 10801

SO ORDERED

2